IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GERALD E. MOBLEY,

      Appellant,

v.

THE BANK OF NEW YORK
MELLON FKA THE BANK OF
NEW YORK, AS TRUSTEE
FOR THE
CERTIFICATEHOLDERS OF
THE CWABS, INC. ASSET-
BACKED CERTIFICATES,
SERIES 2007-8,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-2486

Opinion filed February 16, 2016.

An appeal from an order of the Circuit Court for Alachua County.
Toby S. Monaco, Judge.

Gerald E. Mobley, pro se, Appellant.

Toby Foor-Pessin and Charles P. Gufford, of McCalla Raymer, LLC, Orlando; and
Daniel F. Blanks of Nelson Mullins Riley & Scarborough LLP, Jacksonville, for
Appellee.

PER CURIAM.

      Having considered appellant's response to the Court's order of June 4, 2015,

the appeal is dismissed as untimely. See Fla. R. App. P. 9.110(b). The dismissal is

without prejudice to appellant's right to seek relief in the trial court.  Williams v. Roundtree, 464 So. 2d 1293 (Fla. 1st DCA 1985); Snelson v. Snelson, 440 So. 2d 477 (Fla. 5th DCA 1983).

LEWIS, BILBREY, and KELSEY, JJ., CONCUR.